UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:25-cr-00555-MAL-JSD |
| MICHAEL YOUNG, | ) ) ) |
| Defendant. | ) |

**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

COMES NOW Defendant, by and through counsel, and moves this Court to modify his conditions of release as to condition 7(f), the condition that Defendant shall remain within the Northern District of Texas. In support of this Motion, Defendant states as follows:

1. On November 13, 2025, this Court issued an order setting the conditions of release for Defendant Michael Young in this matter, which includes condition 7(f), requiring Defendant to "remain within the Northern District of Texas unless written permission for travel outside the district is given by the U.S. Pretrial Services Agency …" *See* Doc. Text #29.

2. Defendant has been employed with Kolenskiov Trucking as a cross-country truck driver since August 2025. His job requires him to drive across the country to complete various pick-ups and deliveries.

3. Under his current conditions of release, condition 7(f) prohibits Defendant from traveling outside "Northern District of Texas unless written permission for travel outside the district is given by U.S. Pretrial Services Agency after consultation with the federal prosecutor or the Court." *See Id.*

4. Accordingly, Defendant now respectfully requests that condition 7(f) be modified

to allow Defendant to travel outside of the Northern District of Texas for work purposes so he may maintain full-time employment with Kolenskiov Trucking.

5. Defendant, by and through counsel, has discussed this matter with United States Pretrial Services Officer Anna Chickey. Ms. Chickey has indicated she is opposed to this request.

6. Defendant, by and through counsel, has also discussed this matter with Assistant United States Attorney Jim Delworth. Mr. Delworth has indicated he is not opposed to this request.

WHEREFORE, Defendant Michael Young respectfully requests this Court modify his conditions of release as to condition 7(f) to allow for Defendant to travel outside the Northern District of Texas for work purposes.

                Respectfully submitted,

                ROSENBLUM, SCHWARTZ & FRY, PC

By: */s/ Joel J Schwartz*
JOEL J SCHWARTZ, #39066MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, MO 63105
(314) 862-4332/Facsimile (314)862-8050
jschwartz@rsfjlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.